PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Phillip C. Brown                        Case Number: A-13-CR-285(01)LY

Name of Sentencing Judicial Officer: Honorable Sam Sparks, Senior U.S. District Judge

Date of Original Sentence: November 1, 2013

Original Offense: Ct. 3: Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 846 & 841(a)(1) & (b)(1)(C), and Ct. 4: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)

Original Sentence: Ct. 3: 168 months imprisonment followed by three (3) years supervised release, Ct. 4: 120 months imprisonment followed by four (4) years supervised release, imprisonment and supervised release to be served concurrently. Special conditions: substance abuse and mental health counseling, alcohol abstinence, workforce development and search

Type of Supervision: Supervised Release      Date Supervision Commenced: November 20, 2020

Assistant U.S. Attorney: Mark H. Marshall                Defense Attorney: Amber Vasquez Bode

### PREVIOUS COURT ACTION

On November 12, 2013, Brown's term of imprisonment on Cts. 3&4 was reduced to 120 months, to be served concurrently.

On October 20, 2015, Brown's term of imprisonment on Cts. 3&4 was reduced to 96 months, to be served concurrently.

On January 4, 2021, the defendant's case was re-assigned to Judge Lee Yeakel's docket.

### NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

BROWN, Phillip C.
Report on Offender Under Supervision
Page 2

**Nature of Non-compliance:** On December 15, 2020, Brown submitted to a random drug test and the results were returned on December 29, 2020, positive for marijuana. He admitted verbally to using the drug.

**U.S. Probation Officer Action:** Brown states he has been experiencing stress due to his transition to the community and his marital situation. He has been referred to mental health and substance abuse counseling sessions and has voiced a willingness to make positive changes in his life. It is requested that no action be taken at this time; the court will be notified of any additional compliance issues.

Respectfully submitted,

Laura W. Howard
Sr. United States Probation Officer
Date: 1/4/2021

Approved: _____
Hector Garcia, Supervising
United States Probation Officer

BROWN, Phillip C.
Report on Offender Under Supervision
Page 3

**THE COURT ORDERS:**

[X]  No Action

[  ]  Submit a Request for Modifying the Conditions or Term of Supervision

[  ]  Submit a Request for Warrant or Summons

[  ]  Other

Honorable Susan Hightower
United States Magistrate Judge

Date:  January 4, 2021