PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Phillip C. Brown                Case Number: A-13-CR-285(01)LY

Name of Sentencing Judicial Officer: Honorable Sam Sparks, Senior U.S. District Judge

Date of Original Sentence: November 1, 2013

Original Offense: Ct. 3: Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 846 & 841(a)(1) & (b)(1)(C), and Ct. 4: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)

Original Sentence: Ct. 3: 168 months' imprisonment followed by three (3) years of supervised release, Ct. 4: 120 months' imprisonment followed by four (4) years of supervised release, both counts to run concurrently. Special conditions: substance abuse and mental health counseling, abstain from the use of alcohol and all other intoxicants, workforce development, search and $200 special assessment fee (satisfied)

Type of Supervision: Supervised Release      Date Supervision Commenced: November 20, 2020

Assistant U.S. Attorney: Mark H. Marshall            Defense Attorney: Amber Vasquez Bode

### PREVIOUS COURT ACTION

On November 12, 2013, Brown's term of imprisonment on Ct. 3 was reduced to 120 months' custody to run concurrently with Ct. 4.

On October 20, 2015, Brown's term of imprisonment on Cts. 3&4 was reduced to 96 months, to be served concurrently.

On January 4, 2021, the defendant's case was re-assigned to the docket of the Honorable Judge Lee Yeakel.

On January 4, 2021, a Probation Form 12A was filed with the Court to advise of Brown testing positive for marijuana on December 15, 2020. It was recommended that no action be taken to allow Brown to commence substance abuse counseling. The Court concurred.

BROWN, Phillip C.
Report on Offender Under Supervision
Page 2

## NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 7:**  "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

**Nature of Non-compliance:** On Mary 21, 2021, Brown submitted to a random drug test and the results were returned on May 28, 2021, positive for marijuana. He admitted verbally to using the drug.

**U.S. Probation Officer Action:** Brown sites financial stressors as a trigger for marijuana use. Remote mental health and substance abuse counseling sessions will be replaced with in-person sessions and he will be placed on an increased drug testing schedule. It is respectfully recommended no action be taken at this time to allow Brown an opportunity to continue his counseling. If any further violations occur, the Court will be notified

Respectfully submitted,

Laura W. Howard
Sr. United States Probation Officer
Date: 6/3/2021

Approved: _____
Hector J. Garcia, Supervising
United States Probation Officer

BROWN, Phillip C.
Report on Offender Under Supervision
Page 3

---

**THE COURT ORDERS:**

[X] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: June 3, 2021